**FILED**

10/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0346

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0346

STATE OF MONTANA,

      Plaintiff and Appellee,

vs.

KEVIN WESLEY SANBERG,

      Defendant and Appellant.

**FILED**

OCT 1 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 15 2023, to prepare, file, and serve the Appellant's opening brief.